DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 489-8230
Fax: (212) 489-8340
Lacy H. Koonce (LHK 8784)
Monica Pa (MP 3307)

*Attorneys for Plaintiff Mistral Ventures, Inc.*

08 CV 5344

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MISTRAL VENTURES, INC.                          :   2008 Civ. No.
                                                :
                Plaintiff,                      :   **7.1 Statement**
                                                :
        - against -                             :
                                                :
CYPHEREDGE TECHNOLOGIES, INC.                   :
                                                :
                Defendant.                      :
------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Mistral Ventures, Inc., states that it has no parent companies and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 11, 2008

                                                DAVIS WRIGHT TREMAINE LLP

                                                By: _____
                                                    Lacy H. Koonce, III (LK8784)
                                                    Monica Pa (MP 3307)

                                                1633 Broadway
                                                New York, NY 10019
                                                (212) 489-8230

                                                *Attorneys for Plaintiff*
                                                *Mistral Ventures, Inc.*



Of Counsel:

Brad Fisher
Davis Wright Tremaine, LLP
1201 Third Avenue – Suite 2200
Seattle, WA  98101-3045