**AFFIDAVIT OF SERVICE**

SOUTHERN DISTRICT OF NEW YORK                                    UNITED STATE DISTRICT COU

DOCUMENTS SERVED WITH INDEX #  08CV5344    AND FILED ON  JUNE 11, 2008
ATTORNEY(S):  Davis Wright and Tremaine ,   Leslie   Major

| | |
|---|---|
| *Mistral Ventures, Inc.* | Plaintiff |
| *vs* | |
| *Cypheredge Technologies, Inc.* | Defendant |

STATE OF  DELAWARE                          COUNTY OF   NEW CASTLE                    , SS.:
GRANVILLE MORRIS                                                              being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On _____7/18/08_____ at 4:00_____ M.,
p  at  DELAWARE SECRETARY OF STATE  TOWNSEND BLDG.  DOVER, DE                 deponent  served the within

Civil Cover Sheet, Summons and Complaint

on:                    Cypheredge Technologies, Inc.                    ,    Defendant    therein named.

**INDIVIDUAL A** [ ]  By personally delivering to and leaving with said
a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said

**CORPORATION B** [x]  By delivering to and leaving with   KAREN  CHARBANEAU   at   DEL. SEC. OF STATE
and that deponent knew the person so served to be the   PROCESS AGENT                    of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:*

**SUITABLE AGE PERSON C** [ ]  By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion
at _____ the said premises being the defendants/respondents
[ ] dwelling place (usual place of abode)    [ ] actual place of business within the State of

**AFFIXING TO DOOR D** [ ]  By affixing a true copy thereof to the door of said premises, the same being the defendant's    [ ] dwelling house (usual place of
abode)    [ ] actual place of business within the State of

**MAILING TO RESIDENCE (use with C or D) E1** [ ]  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed
to defendant at defendant's residence at
and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within
the State of _____ on

**MAILING TO BUSINESS (use with C or D) E2** [ ]  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed
to defendant at defendant's actual place of business _____ in an official depository
under the exclusive care and custody of the United States Post Office within the State of _____ The envelope
bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action against the defendant and mailed on

**PREVIOUS ATTEMPTS (use with D) F** [ ]  Deponent had previously attempted to serve the above named defendant/ respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day (Saturday) _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s)
lived at the aforementioned address, but did not know defendant's place of employment.

**G** [x]  DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)**  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age   35   Approximate weight  140   Approximate height 5'6   Sex   F
Color of skin   W   Color of hair   BROWN   Other

**MILITARY SERVICE**  Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States
Government and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person
mentioned and described in said legal papers as defendant/respondent therein.

**NON-SERVICE H** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due
to the following: [ ] Not known at address   [ ] Address does not exist   [ ] Evading   [ ] Moved left no forwarding   [ ] Other

**WIT FEES**  $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this   18th   day of   July   2008

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC · DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

Please Print Name Below Signature
GRANVILLE MORRIS

Invoice•Work Order #  SP0806855